**07 CV 4654**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NORTON LILLY INT'L &
SECURITY SERVICES NORTHWEST, INC.

                          Plaintiff,              07 CV

-v-

                                                       **STATEMENT PURSUANT TO F.R.C.P 7.1**

NATIONAL NAVIGATION CO. &
LOUIS DREYFUS CORP.,

                          Defendant.
------------------------------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, NORTON LILLY INT'L & SECURITY SERVICES NORTHWEST, INC., certifies that there are no corporate parents, subsidiaries, or affiliates of that party, which are publicly held.

Dated: Port Washington, New York
       June 1, 2007

                                            CHALOS, O'CONNOR & DUFFY, L.L.P.
                                            Attorneys for Plaintiffs
                                            NORTON LILLY INT'L &
                                            SECURITY SERVICES NORTHWEST, INC.

                                     By: _____
                                        George M. Chalos (GC-8693)
                                        366 Main Street
                                        Port Washington, New York 11050
                                        Tel: (516) 767-3600
                                        Fax: (516) 767-3605
                                        Email: gmc@codus-law.com