UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NORTON LILLY INT'L AND SECURITY SERVICES :
NORTHWEST, INC., :
:
: 07 Civ. 4654 (WHP)
Plaintiff, :
: **NOTICE OF VOLUNTARY**
- against - : **DISMISSAL AND ORDER**
:
NATIONAL NAVIGATION CO. & :
LOUIS DREYFUS CORP., :
:
Defendant. :
------------------------------------------------------------X

    PLEASE TAKE NOTICE that the above-entitled action is hereby voluntarily dismissed without prejudice by Plaintiff as to Defendant LOUIS DREYFUS CORP., pursuant to Rule 41(a)(1) of the Rules of Civil Procedure for the United States District Courts. No costs are to be assessed to any party.

    FURTHERMORE, all property, including assets, accounts, electronic fund transfers, funds, etc., of Defendant LOUIS DREYFUS CORP, currently attached and held by any and all garnishee banks pursuant to the Court's Order for Issuance of Process of Maritime Attachment, dated June 5, 2007, and corresponding Process of Maritime Attachment and Garnishment are to be released as to this Defendant only and said attachments are to be considered vacated. This Order does not in any way alter, amend and/or vacate the pending action and/or the June 5, 2007 Order with respect to Defendant NATIONAL NAVIGATION CO.

Dated:    Port Washington, New York
June 19, 2007

                        CHALOS O'CONNOR & DUFFY, LLP
                        Attorneys for Plaintiff
                        NORTON LILLY INT'L AND SECURITY
                        SERVICES NORTHWEST, INC.,

By:      _____
                        George M. Chalos (GC-8693)
                        366 Main Street
                        Port Washington, New York 11050
                        Telephone No. (516) 767-3600
                        Fax: (516) 767-3605
                        Email: gmc@codus-law.com

                        and

                        Erik R. Grotzke, Esq.
                        **GORDON, THOMAS, HONEYWELL,**
                        **MALANCA, PETERSON & DAHEIM, L.L.P.**
                        Of Counsel
                        1201 Pacific Ave.
                        Suite 2100
                        Tacoma, Washington. 98401
                        Tel: (253) 620-6467
                        Fax: (253) 620-5565
                        Email: egrotzke@gth-law.com

SO ORDERED:


_____
Judge William H. Pauley, III, U.S.D.J.