# CHALOS, O'CONNOR & DUFFY
### ATTORNEYS AT LAW

Michael G. Chalos
Eugene J. O'Connor
George M. Chalos
Owen F. Duffy
Charles S. Cumming
Leroy S. Corsa
Timothy Semenoro*
Brian T. McCarthy
George E. Murray
Michael P. Siravo

*Admitted in NJ

366 MAIN STREET
PORT WASHINGTON, NEW YORK 11050-3120

TELEPHONE (516) 767-3600
TELECOPIER (516) 767-3605 & 3925
WEBSITE: WWW.CODUS-LAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/31

George E. Murray
Associate
gmurray@codus-law.com

AUG 22 2007

August 22, 2007

Honorable William H. Pauley III
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2210
New York, New York 10007-1312
Telefax Number: (212) 805-6390

*Via Telefax*

Re: Norton Lilly Int'l & Security Services Northwest, Inc. v. National Navigation Co., et al.,
07 CV 4654 (WHP)

**Request for Sixty (60) Day Adjournment of Pre-Trial Conference**

Dear Judge Pauley:

We are attorneys for the Plaintiffs, Norton Lilly Int'l & Security Services Northwest, Inc., in the above-captioned matter. On July 3, 2007, in your Honor's Order for Initial Pretrial Conference, you ordered that a Pre-Trial Conference be held in this matter on August 24, 2007 at 10:00 a.m. We were subsequently notified by telephone on August 21, 2007 that the conference was now scheduled for August 24, 2007 at 11:30 a.m.

In review, this case is being heard under this Court's Admiralty and Maritime Jurisdiction. It is a maritime claim for $51,944.60. On June 5, 2007, your Honor signed an Order for the Issuance of a Process of Maritime Attachment in this action pursuant to Rule B of the Federal Supplemental Rules for Certain Admiralty and Maritime Claims. Subsequently, the Clerk of the Court for the Southern District of New York issued a Process of Maritime Attachment in this matter.

Further, on June 19, 2007, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs filed a Notice of Voluntary Dismissal as to Defendant Louis Dreyfus Corp. The Dismissal was so ordered by your Honor on July 6, 2007.

Finally, on July 27, 2007, Plaintiffs filed a Motion to Amend the Caption in this matter in order to have the caption accurately reflect the parties that remain in the action.

The remaining Defendant, National Navigation Co., has not appeared in this matter. Furthermore, as stated in the Declaration of George M. Chalos, dated June 1, 2007, that was previously submitted to you, and as required by Supplemental Rule B, Defendant National Navigation Co. is not present within the Southern District of New York. Additionally, no funds have been attached in this matter, although Plaintiff believes that attachable funds may soon be present in the Southern District of New York.

<u>Under these circumstances, and pursuant to your Individual Practice Rule 1E, Plaintiffs would like to request a sixty (60) day adjournment of the Pre-Trial conference</u> set for Friday, August 24, 2007, at 11:30 a.m. There have been no previous requests for an adjournment and the Defendant has not appeared in this action.

Respectfully submitted,

CHALOS, O'CONNOR & DUFFY

George E. Murray

*Application granted. The IPTC is adjourned to 10/26/07 at 10:00 a.m.*

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
8/30/07