```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NORTON LILLY INT'L &
SECURITY SERVICES NORTHWEST, INC.

         Plaintiff,    07 CV 4654

-v-

               **ORDER APPOINTING A**
               **SPECIAL PROCESS SERVER**

NATIONAL NAVIGATION CO.

         Defendant.
------------------------------------------------------------x

  An application having been made by Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

  NOW, on reading and filing the declaration of George M. Chalos, Esq., sworn to the 16th day of July, 2007, and good cause having been shown, it is hereby

  **ORDERED**, that any associate, agent or paralegal of CHALOS, O'CONNOR & DUFFY, L.L.P., who is over the age of 18 and is not a party to this action, be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Maritime Attachment and Garnishment and Verified Complaint upon garnishee(s) listed in the Order, together with any other garnishee(s) who, based upon information developed subsequent hereto by the plaintiff, may hold assets for or on account of the defendant; and,

  **IT IS FURTHER ORDERED**, that in order to avoid the need to repetitively serve the garnishee(s)/banking institutions continuously throughout the day, any copy of the Process of Maritime Attachment and Garnishment that is served on any of the garnishees herein is deemed effective and continuous throughout any given day.

Dated: New York, New York
   September 21, 2007

                       SO ORDERED:

**SO ORDERED:**

_____    _____
WILLIAM H. PAULEY III U.S.D.J.        U.S.D.J.
9/21/07