UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NORTON LILLY INT'L &
SECURITY SERVICES NORTHWEST, INC.,
                                    Plaintiff,                  07 CV 4654 (WHP)

-v-

                                                  **NOTICE OF VOLUNTARY**
NATIONAL NAVIGATION CO.                   **DISMISSAL AND ORDER**

                                    Defendant.
------------------------------------------------------------x

      PLEASE TAKE NOTICE that the above-entitled action is hereby voluntarily dismissed without prejudice by plaintiff, NORTON LILLY INT'L & SECURITY SERVICES NORTHWEST, INC., as to defendant, NATIONAL NAVIGATION CO., pursuant to Rule 41(a)(1) of the Rules of Civil Procedure for the United States District Courts. Defendant has not appeared, answered, or filed a motion for summary judgment in this action. No costs are to be assessed to any party.

Dated: Port Washington, New York
         May 22, 2008

                                                     CHALOS, O'CONNOR & DUFFY, LLP
                                                     Attorneys for Plaintiff
                                                     NORTON LILLY INT'L & SECURITY SERVICES
                                                     NORTHWEST, INC.
                                  By:
                                                     George M. Chalos (GC-8693)
                                                   366 Main Street
                                                   Port Washington, New York 11050
                                                   Tel:   (516) 767-3600
                                                   Fax:  (516) 767-3605
SO ORDERED:                         Email: gmc@codus-law.com

Hon. William H. Pauley, U.S.D.J.

5/27/08